DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID YU,**
Appellant,

v.

**INTRACOASTAL 31 CONDOMINIUM ASSOCIATION, INC.,**
Appellee.

No. 4D18-3350

[October 17, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE 14-023564.

Nataly Gutierrez and Mauri Peyton of PeytonBolin, PL, Fort Lauderdale, for appellant.

Marisol R. Basulto of Basulto Robbins & Associates, LLP, Miami Lakes, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CONNER and KUNTZ, JJ., concur.

*            *            *

***Not final until disposition of timely filed motion for rehearing.***